UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

USA

VS

Selvin Aldana

CITATION / CASE NO. 04 MG 2225

**ORDER TO PAY**

FILED
APR 14 2005
CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SOCIAL SECURITY # _____
DATE of BIRTH _____
DRIVER'S LICENSE # _____
ADDRESS _____
City     State     Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT**
DATE 4-14-05     _____
                 DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

CITATION / CASE NO. 04 MG 2225  FINE 990.00  ASGMT 10.00
CITATION / CASE NO. _____  FINE _____  ASGMT _____

(✓) FINE TOTAL of $ 990.00 and a penalty assessment of $ 10.00 within 12 days/months or payments of $ 100 per month, commencing 5-15-05 and due on the _____ of each month until paid in full
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court
( ) TRAFFIC SCHOOL BY: _____ with proof mailed to _____
(✓) PROBATION to be unsupervised / supervised for  12 months Court Probation
✱ Probation will terminate upon full payment of fine
Obey All Laws

PAYMENTS must be made by CHECK or MONEY ORDER, payable to, Clerk, USDC and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU
PO BOX 740026
Atlanta, GA 30374-0026
1-800-827-2982

CLERK, USDC
501 "I" St , #4200
Sacramento, CA 95814

CLERK, USDC
1130 O Street, Rm 5000
Fresno, CA 93721

Your check or money order must indicate **your name** and **citation/case number** shown above to ensure your account is credited for payment received

DATE 4-14-05     _____
                 U S MAGISTRATE JUDGE

Clerk's Office                                    EDCA - 03 Rev 8/97